Case number 161282, we have another appeal from the Patent Trial and Appeal Board. It is Enplas Corporation v. Seoul Semiconductor Co., Ltd. Mr. Labgold, did I pronounce that correctly? Labgold. Do you want five minutes for rebuttal? Yes, please. Okay. May it please the Court, I am Mark Labgold. It is pronounced just like it's spelled, although most people have a hard time with that. I represent Enplas in this appeal. We have several issues here. The technology here is involving an optical device. It's a small piece of plastic that has been associated with an LED, and the concept being is that an LED projects primarily in the direction of its emission, and by using these lenses, which it calls a light flux control member in the claims, the light will be diffused. And if we look in Figure 1, we see a panel which has an array in which these would be used, typically for backlighting a LCD panel in your big screen TV. So the idea being is to take these LEDs and to take their light and to broaden them out in such a way that when they're done so, you can use less light in a shorter throw. Now, the claims are very specific. The claims 1 and 17 are the claims at issue. Can you explain to me the half-intensity angular range issue? So if I were to assume, and I know that you debate this, but assume that Parkin satisfies conditions 1 and 2, and you then, as I understand it, separately argue, but it doesn't say that those things have to be satisfied across the half-intensity angular range. So you view that as a third limitation, as I understand it. Exactly. Right, so this is my limitation in terms of my knowledge of physics. To what extent would that be a natural result of satisfying at least condition 2? It is not a natural result. The shape, the argument that's come back, if I may, I want to answer your question directly, but it's a little more complex than it appears. When we're looking at the light, the light has, traveling through air, we assume that air has a refractive index of 1. When it first hits a new medium, in this case the inner surface of this lens, it's going to refract. And then when it goes through and it's going to exit back into the air, it's going to refract again. So the shape in which it's formed, whether it be steep on its sides, have a V-shaped indent, whether it be a gentle recess, whether it be contoured in a certain way, that will end up affecting how the light is necessarily going to bend. So it has to do with some aspects of the shape, but it also has to do with the medium in which you're going through. Now the half-intensity angle range is important because of the, what is called a Lambertian emission pattern that comes from the LED. In general, that would look like, kind of like a balloon shape coming off of the light. So the highest intensity is in the middle, there's far less on the bottom, and it generally has this kind of balloon shape. So this half-intensity range, for the purposes in which this is directed, it's important because that's at 50% of the emission. So for this to have the effectiveness to satisfy the conditions in the manner to achieve the invention, it has to satisfy conditions 1 and 2 through at least that half-intensity range. And that means that it has to have the angle, the ratio of theta 5 divided by theta 1 has to stay over 1, and it has to have this gradual decrease instead of a linear decrease. And is it your view that Sassian's calculations, mathematical calculations, don't indicate that Parkin would achieve that result? Well, there's two aspects. Yes, we disagree that his calculations, he did not show them over the entire half-intensity angular range. He uses that term in definition when he's first defining what he understands the claims are drawn to, but then his opinions say that it's over a broad angular range, not the claim. And what's broad? The court doesn't have to make a determination as to that. The question here is what does the claim say? And the claim term, this half-intensity angular range, is actually defined in the specification. And so there's a specific definition that's provided in the spec, and it says we're essentially, I can give you the citation to the extent that you would like to know it, but it is where in said light control emission phase is configured so as to satisfy, oh, sorry, I'm looking at the claim language. It has to do with at least 50% of the light. And I'll find you the site if you want it. Sorry, wrong cheat sheet. That's column 6, lines 53 to 56, and that's A35, where the half-intensity angular range is defined as an angular range extending up to an intensity falling of 50% as compared to the maximum. So his opinions are in terms of a broad angular emission, and we don't know what that means. And there's no specific findings of the board with regard to whether Parkin meets or fails to meet. They're completely silent on this claim limitation. Now, with regard to Sajian's calculations, though, before we can even get to agreeing or disagreeing with the output of them, whether or not they're accurate, he took a figure from Parkin, scanned it into the computers. Now we can do. They're the magics of modern technology. He did a trace around it, and then he did curve fitting, and then he put it into a ray trace program. But to do that, he's necessarily assuming that the Parkin diagram, the Parkin figure, is accurate and to scale. And this court has said... But he... And I agree with you on the issue of non-scale diagrams. That's problematic. But that was just one piece of what he did. He also had verbal discussion in the relevant paragraphs of his declaration, did he not? His verbal discussion in his relevant paragraphs go to the portion of he cites... There are several places where he cites the spec where it says it has a demagnification and a magnification. And that generally is, again, it has nothing to do with the specifics of the claim. It has nothing to do with saying that it actually meets over the range, that it will keep that ratio above 1. And of critical importance about his experiments is the declaration which he put in in the Japanese proceeding, which we introduced into the proceeding. And specifically, he showed that even with his calculations, that if you... This is it, A1058-59 and A1088, the same figure shows up. He shows that if you took the mushroom lens, as he traced it and put it into the computer and did the calculations, and you only use the mushroom lens, you would get this two-peaked structure. The light in the middle is at a dip, and it peaks. That does not have any of the uniformity that they're talking about with spreading over any broad angular range. What this is showing is what the real purpose of Parkin was. In terms of the uniformity, though, I mean, Parkin does talk about uniformity, but the claims don't, do they? Parkin talks about uniformity in a culminating sense. It's very... May I address what Parkin is actually directed to? And this is an issue of contention between the board and our positions as to whether or not this is relevant. Parkin started out as... It's an improvement on a prior invention. The TIR lens of Parkin is a lens which is shown in several of the figures in which the light comes off the light source. As it hits these little facets, it's then directed out. So in order to make that more efficient so that they go from having that kind of a peak and then broadened-out figure, they get to this literally beam of light. To get to that beam structure, which he was able to replicate of sorts in his... This is at the A105859 portion of his declaration. What they do is they take this mushroom lens or one of the other... They could be of other shapes. That was just one shape in Parkin. And they match it by an iterative pattern so that its light is not worrying about whether it's gradually decreasing, not worrying about whether it's Theta 5 over Theta 1 is greater than 1 over the period of any intensity range. All that it's trying to do is make sure that that mushroom lens is specifically matched to the TIR lens so that it does not create any broadening. It's not talking about any degree of the ratios. It wants to focus the light. And Parkin is specifically directed to a collimating lens structure. It's two lenses. So their lens... But it talks about a light-ray deviator for deviating light rays. That it does. And you're saying that it's only contemplating deviating them into the column? It's deviating them to be, as it puts... It expressly states it's got to be matched to the specific TIR lens. And this is found in Parkin. Column 4 starts at line 15 to 41. This talks about the simple lens. Not a mushroom shape, but something that's more circular. And it talks about how it uses a formula to create the first thin hemispherical lens. And then on line 31, then this new deviator lens is generated for this new profile. Repeating this iteration, another deviator... Until the TIR lens and the deviator lens are matched. And then on column 5, that same language, from line 19 to 41, talks about, starting on line 23, the mushroom lens, as true with the Fresnel deviator lens, must be derived by a facet-by-facet iteration along a candidate profile of its associated TIR lens. So its shape is literally dictated by the structure of the TIR lens you start with. And then on lines 38 to 41, as with the Fresnel deviator lens, several mushroom lens and TIR lens iterations would be necessary to generate the total system. This deviation is not any degree of deviation. It has nothing to do with the type of angular precision that the claims of the 723 patent are talking about. It's talking about, depending on which TIR lens you start with, you can use this to optimize the LED emission so that you get this collimated emission, which in their Parkins graph, that figure... That's the one on 1087? 497, yes. Comes out looking like a sandbucket that's been turned upside down on the beach. So they've taken that light, and not broadly diffused it, but actually put it into this focus beam. When you look at what the applications of Parkin are, it's understandable. They're talking about replacing the parabolic classical lenses that we used to use. You'd have a light bulb. You'd have the parabolic lens, like in a flashlight, but for automobile taillights. And so by using this TIR lens to start, having an LED, you can actually make it a very focused beam by doing this matching. And we don't attack the ingenuity of what went on in Parkin. That's not what we're here for. But it really does have a specific purpose. It doesn't talk about any specific angle. It doesn't talk about any ratio between any angles. It gives no numerical values of any angles. And it never talks about the concept of full intensity, much less half intensity. It doesn't talk anything about this range. What it talks about is building this two lens system so that this deviator lens is specifically matched to maximize and improve the performance of the TIR lens. Okay. You're way into your rebuttal. I'll give you two minutes for a rebuttal. Thank you. Okay. Good afternoon, Your Honors. Most of the time spent by counsel for the appellant was about this concept of half angular range. Well, that's because I asked him to. Exactly. And what he tried to say is that there was no evidence in the record supporting this concept of half angular range. Now, I disagree with that, and I disagree strongly. And first off, we have to consider what is the standard of review here? Why don't you just discuss the evidence and we can figure out what to do with it. Sure. I'd love to. So starting with figure 2A and figure 14A of the patent, and in fact of the Parkin patent, and the comparison of those two, what Dr. Sassion did in paragraph 45 of his declaration... And if I'm looking at appendix 751, part of Sassion's declaration, that's where those two figures appear side by side. Yes. One looks like Mont Blanc and the other looks like the Close Encounters mountain. Exactly. And when you look at the Mont Blanc, what you see is a sharp peak distribution, and that is what happens when you have a TIR lens alone. And what a TIR lens does is it takes whatever distribution is sent into it and projects it forward as a column. So that's its job. It doesn't redistribute the light. It just takes whatever it receives and projects it. What Parkin disclosed was adding a lens to the input side of the TIR lens to spread the light at the input side to make what the TIR lens produces, the collimated beam, even. Evenly distributed. And what he said was, very clearly, even in the abstract, is what the mushroom lens does is it spreads the light. But where in Parkin does it say that it diffuses the light or spreads the light over the full angular half-intensity range? Well, the half-intensity angle, which is actually in their reply brief, the appellant for the first time said has to be at least 85 degrees, or in fact, 85 degrees exactly. That's simply untrue and nowhere in the record. So the answer is that it doesn't say it in Parkin. Well, where this comes from is Dr. Sassian drew a line based on those graphs and said the line on Mont Blanc, this approximates the half-angular range. And what he then did is said, look at the 15... Where did he say it approximates the half-angular range? He said it in both paragraph 45 and in paragraph 63. So paragraph 45, that is at A741. And paragraph 63, that's at A751 to 752. The better one, let's go to 751, where he has them side by side. And he says, I'm quoting here on 751, the intensity plot on the left indicates the three-dimensional intensity variation created by the prior art disclosure by Parkin. The intensity plot on the right indicates the three-dimensional intensity variation created by modifying the prior art to include the light flux control member. The central peak region on the left, which approximates the location of the half-intensity angular region, is shown on the right as spread and smoothed out over a larger region. That's actually the same paragraph where he describes... Okay, well, first of all, we're talking about diagrams that are not drawn to scale. These actually are not diagrams. These are simulations as described in Parkin itself. Right, so he says that it approximates the location of the half-intensity angular region. And what he then said is, what you can see on the right is that sharp peak has been spread out over a large angular range. So the half-intensity angular range, the area where the light is above the half height, that half-angular intensity range is what has been spread on the right. And what he says... But he says that it's occurred over a broad angular range. It doesn't say that it's occurred over the full half-intensity angular range. But what he's talking about in that paragraph is that it's the half-intensity angular range that has been spread. So that is what he's talking about being affected by the addition. So let me just... I'm trying to understand this. So I think you're saying... I understand. The plateau that he draws on the right-hand figure is the half-intensity range. It's actually beyond the half-intensity angular range. How could that be? The half-intensity range is... It's basically... This is an intensity topographical map? Yes. So the intensity is the same on the top of the plateau, give or take, something trivial, right? Which should be about half of... Because they've scaled these both to effectively one. They've shown the same height, but they're not actually. What the one on the right would be if it wasn't scaled onto a different scale would be about half the height, or probably a little lower than the one on the left. And what you can see is the distribution before the addition of the lens is sharply peaked and mountain-like. Right, so assume then for a minute that the plateau, the red circle, the plateau on the right, is the half-intensity range. Where does Sassian say that the two conditions, the gradual decrease and the bending to the right conditions two and one, are true throughout that region? So here's the issue. What we're talking about is the half-intensity angular range before the addition of the lens. So it's the half-intensity angular range of the light source. What you're trying to do is provide... This is what's coming out of the lens? This is what's coming out of the TIR lens. I see. And the other one is what's coming out of the TIR lens. Okay, so where does he say that throughout whatever the region is of the, I guess, the little... the light source. I guess it's a little rectangle in this patent. Yes. And in Parkinson, is it a little bubble? It's also... It's a disc, right? It's two different types of light sources. One is an LED. Where does he say that throughout that range the light is bending to the right, you know, on the right-hand side, and the amount of the bending is gradually decreasing as you move? That's what I take to be condition one and condition two. So what he is saying here is he's describing in paragraph 63 the angular range over which that spreading has occurred. So the flattening, the lowering of the distribution, he's saying, is over that half-intensity angular range, that circle of central light, which is the primary purpose of Parkin and is even described in the abstract where it says that the purpose is to spread the light to the input side of the TIR. And he's saying it's over that half-intensity angular range that that occurs. He also says... He doesn't actually say that. He says it can be concluded that divergence has occurred over a broad angular range. But in the sentence before that, he's saying that what you see on the left... Well, in the sentence before that, he talks about the peak on the left that he says approximates the half-intensity angular region. And it's gone on the right. So he's saying that's what's been spread away. That's what's now missing. So what you previously saw as a sharp peak has been spread out, so you can tell that it is over the half-intensity angular range. He also looked at the shape overall and said from his view of the shape overall and its purpose, this was at A66, he says you can tell that the spreading and the decrease should be substantially over the entire surface. And why he says that is there is a dip in the middle. The dip in the middle is a concave dip that strongly deviates light. And in fact, when you look at the distribution, you can tell that it's reversing. It's changing the peaked distribution that you would otherwise have and spreading that out to make sure that it's not. I'm having trouble. I think that the question, though, was going to what shows that condition 1 and 2 are met, and he says it. Yes, he does say that conditions 1 and condition 2 are met. He does say it's over a half-intensity angular range. Where does he say that last bit? Where does he say conditions 1 and conditions 2 are met over the half-intensity range? I mean, that's what he's saying in paragraph 63. You need to translate what his words are into that conclusion, because he doesn't have the conclusion in words that I understand to be the same as the one the claim requires. And this is what I'm trying to explain. Let me see if I can do it again in somewhat better, clearer language. There's a peak on the left side of figure 2A. The claim doesn't talk about peaks. Translate peak. Peak is the half-intensity angular range. The problem that both the prior art reference and Parkin are dealing with is a distribution that is too bright in the center. And what both are trying to do is spread out that brightness over a longer range to make it more uniform. They are both doing that same thing of doing it more uniformly. And what Dr. Sassian is saying is, here, I've looked... It can be true that they might be doing the same thing for making it more uniform, but they have to be... In order to anticipate, it has to be uniform to the extent asserted in the claims. But you're extrapolating. You're basically saying, you know, that this peak shows a half-intensity range, so I'm now saying that the figure on the right, none of which are to scale, there's no evidence that these are drawn to scale, that they show that, and then you go from a broad angular range to the half-intensity angular range. And I'll explain that. So first of all, these are described as simulations. So whether they're to scale, that's how they're described. This is not a situation... Whenever the patent owner brought up not to scale, that was always about the lens described itself, never about the simulations. He even says, there's a simulation done on the lenses using a Monte Carlo algorithm. That's what the patent describes. But whether or not to scale, the effect of what Dr. Sassian says is, the problem is a peak. The peak is where the half-intensity angular range is. And the result is that peak, that problem, that half-intensity angular range that's higher than it should be, is gone on the right. It disappears. It has now been spread, and what you can tell by comparing them... Is there anything actually in Parkin itself that talks about half-intensity angular range? It does not use that language. It talks about a central hotspot. My apologies. So Sassian just simply says, that is what it is. Well, he says, I'm looking at this distribution, which is the problematic distribution, and I am seeing about where half of the height of that is. So I can look at a drawing, and you can compare the drawings that they have in their patent, where they have a before, which is a peak distribution, and an after with a slightly lower distribution. And what Dr. Sassian says is, well, if I look at half the height, above there is the part of the distribution that is the half-intensity angular range. And he says, on the right, I can tell that it's gone. That it has been spread, and then it's been spread in reverse to the distribution itself. And what I can tell from that is, that it's been spread, and then it's been spread gradually. There's no sharp corners. There's no issues. And he also says, and this is, excuse me, in paragraph 66 of his declaration, in paragraph 67, he says, look, when I look at the lens itself, I can tell that there is strong spreading at the negative lens, at the concave portion. As I understand it, in 63, if he's saying that figure, I guess 100A, and the peak at 100, that's the half-intensity spread, and then he says, describes it, when he says the central peak region on the left and on the right, and then he says, based on the shape of the light flux control member, looking at the one on the right, it can be concluded that conditions 1 and 2 are met. Yes, yes, your honor. And that's at half-intensity. That's the half-intensity. That's what that entire paragraph is about, is trying to show that the problem on the left has been solved on the right, that it is no longer there, and what you can see instead is that the input to the TIR lens, which is what's being projected forward, is now more uniform, and it doesn't have the fundamental problem of the bright peak that has now disappeared. If we were to disagree with you regarding what Sassian says, and conclude that it doesn't show that last aspect of the claim, so that the anticipation ruling could not be affirmed, then what would we do? Well, there are remaining issues that the board decided not to decide. Like what? So, obviousness. Obviousness in light of what? Obviousness in light of Parkin. And this goes back to the fundamental distribution of LEDs. But there's a limitation missing. How would you supply that limitation in an obviousness analysis? So, the reason this comes up is because LEDs, by their nature, have a distribution that's a Lambertian. It has a peak bright toward the center and falling off. And that's very similar to the problem that Parkin describes. Parkin says, here's a problem with light sources. You can have a distribution that's uneven, that's too bright in the middle. And I'm going to solve that for you. But how do you supply the limitation? Is it inherency? What would be your argument to find the missing limitation? The missing limitation there would be based on the nature of LEDs, which he discloses LEDs, but he doesn't explain that their distribution is Lambertian. And that what you want to do is reverse that distribution in order to have a distribution that's more even. So, what you have is, in order to reverse a Lambertian, to make it from peaked, to make it more flat and even, what you need to do, and this is what he describes, but not in so many words, is that you need to have both spreading. That's clear, and it's in the abstract of Parkin itself. You need to have spreading. But the nature of the spreading has to reverse the problems in the distribution you see in the Lambertian LED. And to do that, what you necessarily have is spreading, and that the amount of spreading has to be the highest at the center, because that's where the most light is. And it has to decrease gradually to reverse the problematic distribution. This is what was done in the petition and explained in Dr. Sasson's declaration with respect to obviousness. Thank you very much. I'll give you three minutes, rather than two minutes. Thank you. Several points, if I can respond. The point about the Lambertian light source is very important. As I mentioned, this Lambertian light source is something that kind of looks like a child's balloon coming off of it. If you look at the red brief, page 6, they describe what the 723 pact is talking about, and in particular, they refer in footnote number 3 that it's this LED non-uniformity that the 723 patent is trying to address. Now, this intensity about this LED, this is very important, because when we look at the figures, figure 14A, which is the flat moon, and the Mont Blanc, these are not the LED's emission. This is the emission of the light after it's gone through the TIR lens. We don't know how much of the LED light is actually through there, and that's why I point this out, because you could assume that 100%... Let me try to ask you this. Let me assume for purposes of this question, there is one paragraph, paragraph 63 of Sassion. Is enough to conclude all by itself, even though it might have been explained better, just assume that it's enough to say that it is actually the comparison between the two, that in order to get from Mont Blanc to the flat mountain, what you have to do is bend a bunch of the middle light out to increase the intensity as you move away from the center, and that one could infer from that that when you end up with the flat mountain, the half intensity is basically at the cliff, it can't be anywhere else, that what you're doing is taking something in which there was a gradual slope, that's Mont Blanc, and in order to end up at a flat mountain, you must be gradually changing the amount of divergence. Assume that for a minute. What evidence is there that you put on that said no, you cannot infer that? What specific evidence and where in the I don't, assuming that to be the case, I don't know that there's a specific evidence that would rebut that in that fashion. So what you told the board was they just haven't met their burden because you can't infer that. Well we, there's several things we talk about. We cannot rely upon these diagrams for that. We go into that at length because they're not to scale. We spend a lot of time talking about... Not to scale to what? Well, they're not to any scale. As under this court's decisions, you know, patent drawings, unless... But the only thing that matters about them is their shape. Not if we're going to be measuring whether or not specific angles are actually met. Are the diagrams in 63 patent drawings? Yes. Yes, and as this court's precedent again says that if they're not to scale or quantitatively linked to something in the specification, you cannot start making mathematical determinations about them. You could say that they're juxtaposed... Here's my problem. I do think that the Theta Phi Theta one, it's not terribly mathematical. It says it's bending to the right if you're on the right-hand side. That's what the first condition says. And the second one says it's bending less as you move further to the right. That's all those things say. It doesn't say anything more mathematical than that. So scale doesn't matter if the question is is it bending to the right and is it bending less as you move... as the clock hand moves to the right around. Why is that not inferable in the absence of contrary evidence from the change in shape of Mont Blanc to the resulting shape of the flat one? Because we don't have any evidence about the half-intensity angular range. This whole premise starts with an assumption, and it's a big assumption. Just tell me, am I wrong? If so, explain why. That the half-intensity range on the second thing has to be at the cliff. It's uniform intensity at the top. No, with all due respect, that's not a valid assumption. Because what we're assuming is in both of these figures that all of the light from the LED is actually going into the TIR lens. That is mathematically not possible unless there's serious reflections going on. Because the very nature of this is that it does spread in ways that won't be captured by the TIR lens. So there's a range, and think about the concept of that. If I had a flashlight, and I can take the flashlight, and I can change it by changing that focus, so that I can make it a broad range, now the half-intensity angular range is going to be somewhere over here. Or, if I focus it down to a beam, now the half-intensity angular range is going to be very tight. We don't know what this is starting with because the simulation they gave us for these two figures, we don't know what the TIR lens they used was. We don't know what its light source was. Without knowing its light source, we don't know that they've taken into account or even care about its half-intensity angular range. This circle that was drawn onto figure 2A, that's saying that the light, whatever its intensity, when we made it through the TIR lens and was then affected, now its half-intensity angular range after that transformation is around here. And now we're going to change that. That has nothing to do with starting off and saying what the light was before it was already transformed. Okay, thank you. Your time is up. The cases will be submitted. This court is adjourned.